[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 1202.]

IN RE CAMPBELL.

[Cite as *In re Campbell*, 2001-Ohio-230.]

*Appeal dismissed as improvidently allowed.*

(No. 00-1176—Submitted December 13, 2000—Decided January 31, 2001.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-986.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*David K. Greer*, for appellant Florence Campbell.

*Heather R. Saling*, for appellee Franklin County Children Services.

*Paul Skendelas*, for appellee guardian *ad litem*.

————————————